IN THE COMMONWEALTH COURT OF PENNSYLVANIA

In Re: Condemnation by the Mercer : 
Area School District of Mercer : 
County for Acquisition of Land for : 
School Purposes in the Borough of : 
Mercer, Being the Lands of Kevin :    No. 58 C.D. 2016
and  Doreen Wright and Glenn and : 
Edith Krofcheck : 
   :
Appeal of: Mercer Area School : 
District : 

# **O R D E R**

NOW, February 6, 2017, having considered appellant's application for reargument/reconsideration and appellees' answers in response thereto, the application is denied.

MARY HANNAH LEAVITT,
President Judge